David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, CA 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Attorney for Defendant, **JOHN WAYNE CALHOUN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>    vs. )<br>)<br>JOHN WAYNE CALHOUN, )<br>)<br>_____Defendant._____ )<br>_____ ) | **CR-F-04-5109 OWW**<br><br>**EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON** |

   Defendant, JOHN WAYNE CALHOUN, by and through his attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

   A property bond was posted pending disposition of this case. On April 18, 2005, sentence was imposed, whereby Defendant was committed to the Bureau Of Prisons. The defendant was ordered to self surrender on May 23, 2005. Defendant did surrender himself to the Bureau Of Prisons on that date and is presently in custody.

   Accordingly, exoneration of bond is requested.

DATE: June 1, 2005.                    Respectfully submitted,


                                        /s/ DAVID BALAKIAN
                                       David V. Balakian,
                                       Attorney for Defendant,
                                       JOHN WAYNE CALHON

**ORDER**

It appearing that defendant has been remanded into custody in case number CR-F-04-5109 OWW, bail is hereby ordered exonerated.

June 2, 2005                                              /s/ OLIVER W. WANGER
                                           OLIVER W. WANGER, Judge
                                           United States District Court
                                           Eastern District Of California