David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, CA 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Attorney for Defendant, **JOHN WAYNE CALHOUN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN WAYNE CALHOUN,<br><br>　　　　Defendant. | **No. CR-F 04-5109 OWW**<br><br>**ORDER STRIKING PORTIONS OF THE PRESENTENCE INVESTIGATION REPORT** |

　　Defendant, JOHN WAYNE CALHOUN, was sentenced in the above-entitled matter on April 18, 2005, before the Honorable Oliver W. Wanger.

　　During the hearing, at the request of defense counsel, the Honorable Oliver W. Wanger ordered portions of the Presentence Investigation Report to be stricken.

　　The revised Presentence Investigation Report, dated March 28, 2005, was submitted to the Court for consideration in defendant's sentence.

**1**   IT IS HEREBY ORDERED that the following portions of the
**2**  Presentence Investigation Report shall be stricken:
**3**   1.) Page 1, under Codefendants: listing Ray Anthony Bobo as a
**4**  codefendant;
**5**   2.) Page 4, paragraph number 7;
**6**   3.) Page 4, paragraph number 8, line three, the term "cocaine
**7**  residue";
**8**   4.)  Page 8, paragraph numbers 27, 28, 29, 30.

**11**  DATED: August 17, 2005        /s/ OLIVER W. WANGER
**12**                                HONORABLE OLIVER W. WANGER